COM.

v.

PARKER, J.

956 EDA 2016

Superior Court of Pennsylvania.

09/25/2017

MC–51–MD–0000081–2016 (Philadelphia)

Reversed/Vacated

CRUICKSHANK–WALLACE, B.

v.

EGAN, G., et al.

2621 EDA 2016

Superior Court of Pennsylvania.

09/25/2017

Reargument Denied 11/22/2017

No. 2013–11158 (Chester)

Affirmed

CRUICKSHANK–WALLACE, B.

v.

CNA FINANCIAL CORP.

2403 EDA 2016

Superior Court of Pennsylvania.

09/25/2017

Reargument Denied 11/22/2017

No. 2013–10242
(Chester)

Affirmed

COM.

v.

PATEL, K.

2625 EDA 2016

Superior Court of Pennsylvania.

09/25/2017

CP–23–CR–0006450–2015 (Delaware)

Affirmed